UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Luis Henrique Goncalves**, <br><br> *Petitioner,* <br><br> v. <br><br> **PATRICIA HYDE,** Boston Field Office Director, Immigration and Customs Enforcement; **TODD LYONS**, Acting Director U.S. Immigration and Customs Enforcement, and **KRISTI NOEM**, U.S. Secretary of Homeland Security, <br><br> *Respondents.* | Civ. No. 25-cv-11368 |

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

NOW COMES the Petitioner, Luis Henrique Goncalves, by and through undersigned counsel, and respectfully moves this Honorable Court to dismiss the above-captioned Petition for Writ of Habeas Corpus as moot, stating as follows:

1. On May 14, 2025, Petitioner filed the instant habeas petition pursuant to 28 U.S.C. § 2241, challenging the legality of his detention and seeking immediate release. (Docket No.1).

2. On that same date, the Court entered an Order concerning service of the petition and a stay of transfer or removal (Docket No. 4).

3. On May 15, 2025, Petitioner was released from custody at Logan International Airport and is no longer detained by U.S. Immigration and Customs Enforcement.

4. As the sole relief sought in the Petition was Petitioner's release from detention, and such relief has now been granted, the Petition is moot. See *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Rodriguez v. Hayes*, 591 F.3d 1105, 1117 (9th Cir. 2010).

WHEREFORE, Petitioner respectfully requests that the Court dismiss the Petition for Writ of Habeas Corpus as moot.

*Motion allowed.* /s/ NMGorton, USDJ 05/21/2025