# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:25-cv-11368-NMG

Petitioner

Luis Henrique Goncalves

v.

Respondent

Hyde et al

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's Order entered on May 21, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 /s/ Nicole Cowan
Docket Clerk

May 21, 2025